# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| Taunya M. Mitchell | ) | Case No. 21-11259-BLS |
| | ) | |
| Debtor. | ) | |
| | ) | |

## MOTION TO EXTEND TIME TO CURE DEFICIENCIES AND FILE SCHEDULES, STATEMENT OF FINANCIAL AFFAIRS AND OTHER DOCUMENTS

COMES NOW, Taunya M. Mitchell ("Debtor"), by and through her undersigned counsel, who respectfully presents the following to this Honorable Court:

1. On September 20, 2021, the Debtor filed a *pro se* Emergency Chapter 7 petition.

2. Debtor retained Counsel to assist with her bankruptcy filing and to cure the deficiencies listed in the Notice of Petition Deficiency [D.I. 6].

3. Debtor needs additional time to prepare the Schedules, Statement of Financial Affairs, and cure the other deficiencies due to the need to gather all the necessary information and provide it to her counsel. Further, counsel needs additional time to draft the necessary documents.

WHEREFORE, the Debtor requests that this Court grant an extension of time, until 14 days from the date of the Court's order, to prepare and file her Schedules, Statement of Financial Affairs, and cure the other deficiencies pursuant to Rule 3015 of the Federal Rules of Bankruptcy Procedure.

Dated: October 1, 2021

/s/ Frances Gauthier
Frances Gauthier, Esq. (3390)
Legal Services Corporation of Delaware, Inc
100 West 10th Street, Suite 203
Wilmington, DE 19801
P: 302-575-0408 Ext. 119
F: 302-575-0478
francesgauthier@lscd.com