**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| Taunya M. Mitchell | ) | Case No. 21-11259-BLS |
| | ) | |
| Debtor. | ) | |
| _____ | ) | |

**ORDER EXTENDING TIME TO FILE SCHEDULES,**
**STATEMENT OF FINANCIAL AFFAIRS AND OTHER DOCUMENTS**

**AND NOW,** this _____ day of October, 2021, upon receipt of Debtor's Motion to Extend Time to Cure Deficiencies and File Schedules, Statement of Financial Affairs and Other Documents, it is **ORDERED** that the motion is **GRANTED**.

It is **FURTHER ORDERED** that the document(s) must be filed within **14 DAYS from the Date of this Order**,

It is **FURTHER ORDERED** that if the document(s) is not **timely** filed, the case will be **DISMISSED WITHOUT PREJUDICE**.

It is **FURTHER ORDERED** that **NO FURTHER EXTENSIONS SHALL BE GRANTED UNLESS UPON NOTICE OF MOTION AND HEARING**.

.

_____
Honorable Brendan Shannon
United States Bankruptcy Court Judge